# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH EMAIL ADDRESS VICTORTIMOTIN@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY OATH INC./YAHOO HOLDINGS INC.
)
)
)
)
)
)
)

Case No. 18-M-53

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE ___May 16 2018___ (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to___David E. Jones___.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___May 2, 2018  2:55 p.m.___
_____
Judge's signature

City and State: ___Milwaukee, Wisconsin___   ___David E. Jones, U.S. Magistrate Judge___
Printed Name and Title

AO 93 (mod. 5/14) Search and Seizure Warrant

# Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 288A-MW-6090203 | May 2, 2018 | lawenforcement-request-delivery @oath.com |

Inventory made in the presence of:
Oath/Yahoo! Legal department

Inventory of the property taken and/or name of any person(s) seized:

Oath/Yahoo! provided the FBI with one CD containing emails, attachments and login IP addresses associated with the email address victortimotin@yahoo.com.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 10/3/2018

*Executing officer's signature*

Jill A Dring
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: Oct. 3, 2018

*United States Magistrate Judge*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Yahoo account victortimotin@yahoo.com (the "account") that is stored at premises owned, maintained, controlled, or operated by Oath Inc./Yahoo Holdings Inc., a company headquartered at 701 First Avenue, Sunnyvale, CA 94089 (the "Provider").

# ATTACHMENT B

## Particular Things to be Disclosed and Seized

### I. Information to be disclosed by Oath Inc./Yahoo (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 22, 2017, the Provider is required to disclose the following information to the government for the account or identifier listed in Attachment A since January 2015:

a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All customer information (e.g. name, age, zip code, date of birth, payment information) associated with the account;

c. All records and information regarding the creation account and access to the account, including records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, and log-in IP addresses associated with session times and dates;

d. All records and information and analytics collected by the Provider through the use of browser cookies, web beacons, SDKs, and similar technology;

e. Location information for devices accessing the account, including device's GPS signal, Bluetooth connections, nearby WiFi networks, cell towers, and other types of "pinpoint" location information;

f. Device information including the type of device used to access the account, device identifiers, and the users internet service provider;

g. Log information associated with the account including information about interactions with websites, apps, and other services used by the account holder, the content viewed by the account holder, the search queries submitted by the account holder; and information about how the account holder accesses those websites, apps, and other services, including the browser or operating system of the device, and the website visited before accessing the account;

h. Internet search history;

i. The types of service utilized by the account holder;

j. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken; and

k. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of the warrant.

**II.  Information to be seized by the government**

All information described above in Section I that constitutes evidence, and instrumentalities related to violations of Title 18, United States Code, Sections 1030(a)(2)(C) and

(a)(5)(A), 1343, 1028, and 1028A (the "Subject Offenses"), since January 2015, including information pertaining to the following matters:

a. The identity of the person(s) who created or used the account and devices used to access the account, including records that help reveal the whereabouts of such person(s) such as device information, log information, and pinpoint location information;

b. Photographs that aid the FBI in identifying the user of the account and the location of the user of the account;

c. Communications concerning domestic and international travel by the user of the account;

d. Communications and files stored on the account that relate to Qbot malware;

e. The identity of the person(s) who communicated with the user of the account including records that help reveal their whereabouts;

f. Communications to and from the account concerning the use and registration of domains used to facilitate the Subject Offense; and

g. Communications to and from that account that identify digital currency accounts or other communication facilities used by the user of the account.